IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE DRY DOCK, L.L.C.,

                         Plaintiff,                             ORDER

    v.

                                                       09-cv-396-bbc

THE GODFREY CONVEYOR COMPANY, INC.
d/b/a GODREY MARINE and LIPPERT
COMPONENTS MANUFACTURING, INC.
d/b/a ZIEMAN MANUFACTURING,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On July 22, 2009, I gave defendant Godfrey Conveyor Company, Inc. until July 30, 2009, to provide this court verification of the diversity of citizenship between itself, defendant Lippert Components Manufacturing, Inc. and plaintiff The Dry Dock, LLC. Dkt. #22. Defendant responded by filing a document entitled "Verification of Diversity of Citizenship," dated July 23, 2009, in which plaintiff represented that its managing officers, Barbara and Mick Howland, are Wisconsin citizens. Dkt. #23. Unfortunately, this document does not answer the question whether the Howlands are the *only* members of The Dry Dock, LLC. Thus, more information is still needed from defendant on this matter by

1

July 30, 2009.

    Entered this 27th day of July, 2009.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge