IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE DRY DOCK, L.L.C.,

                           Plaintiff,                           ORDER

     v.

                                                 09-cv-396-bbc

THE GODFREY CONVEYOR COMPANY, INC.
d/b/a GODREY MARINE and LIPPERT
COMPONENTS MANUFACTURING, INC.
d/b/a ZIEMAN MANUFACTURING,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a telephone conference with counsel on Friday, July 31, 2009, the parties agreed to continue the hearing on plaintiff's motion for preliminary injunction until Friday, August 7, 2009, at 2:00 p.m.

Plaintiff was directed to file proposed findings of fact no later than Wednesday, August 5, 2009, at noon. Defendants may file proposed facts in response no later than noon on Friday, August 7, 2009.

Counsel for plaintiff was admonished for the poor state of the financial information he had submitted in Dry Dock v. Husqvarna and advised to improve the accuracy of the

1

information by the hearing on Friday, if he wants the court to consider any financial

information.

      Entered this 4th day of August, 2009.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge

2