UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

THE DRY DOCK L.L.C.,

        Plaintiff,                           ORDER

      v.                                     Case No. 09-cv-396

THE GODFREY CONVEYOR COMPANY, INC.,
d/b/a GODFREY MARINE,

and

LIPPERT COMPONENTS MANUFACTURING, INC.,
d/b/a ZIEMAN MANUFACTURING,

        Defendants.

---

      The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

      Entered this 10th day of June, 2010.

                                                      BARBARA B. CRABB
                                                      UNITED STATES DISTRICT JUDGE